# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1459

_____

Eddie Varnold Hamilton,     *
    *
        Appellant,     *
    *    Appeal from the United States
      v.     *    District Court for the Eastern
    *    District of Arkansas.
Nancy Hamilton,     *
    *        [UNPUBLISHED]
        Appellee.     *

_____

Submitted: December 14, 2009
Filed: December 30, 2009

_____

Before LOKEN, Chief Judge, ARNOLD and BENTON, Circuit Judges.

_____

PER CURIAM.

After a bankruptcy court[1] determined that Eddie V. Hamilton had converted Nancy Hamilton's property, it determined that she had suffered $43,840.00 in damages and held that this debt was not dischargeable. *See* 11 U.S.C. § 523(a)(6). The district court[2] upheld the bankruptcy court's order on appeal. Mr. Hamilton asserts that in reaching its judgment the bankruptcy court applied the wrong measure of damages

---

[1]The Honorable James G. Mixon, United States Bankruptcy Judge for the Eastern District of Arkansas.

[2]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

and erred in assessing their amount. After a thorough review of the record, we detect no error of law or fact and affirm the district court's judgment on the basis of the well-reasoned opinions below. *See* 8th Cir. R. 47B.

_____